Order issued October *10* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00658-CV

I-NNOVATIVE TECHNOLOGY SOLUTIONS, LP, Appellant

V.

YOUNGSOFT, INC., Appellee

## ORDER

We **GRANT** appellee's October 4, 2012 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief on or before October 17, 2012.

ELIZABETH LANG-MIERS
JUSTICE